# Finkelstein & Partners LLP
## THE INJURY ATTORNEYS

Andrew G. Finkelstein, P.C. (NY & NJ) *
George M. Levy (NY)
Kenneth L. Oliver, P.C. (NY) *
Duncan W. Clark (NY)
Ronald Rosenkranz (NY) *
Robert J. Camera (NY & NJ)
Joseph P. Rones (NY)
Steven Lim (NY)
George A. Kohl, II (NY & MA)
Eleanor L. Polimeni (NY)
Steven H. Cohen (NY)
Francis Navarra (NY)
Andrew J. Genna, LLM (NY & PA)
Thomas C. Yatto (NY)
Elyssa M. Fried-DeRosa (NY)
Mary Ellen Wright, R.N. (NY) *
Kenneth B. Fromson (NY, NJ & PA) *
Nancy Y. Morgan (NY, NJ & PA)
Andrew L. Spitz (NY)

James W. Shuttleworth, III (NY)
Lawrence D. Lissauer (NY)
David E. Gross (NY & NJ) *
Julio E. Urrutia (NY)
Victoria Lieb Lightcap (NY & MA) *
Ann R. Johnson (NY & CT)

John F. Dowd (NY & CT)
Michael T. McGarry (NY)
Marshall P. Richer (NY)

Thomas J. Pronti (NY)
Kara L. Campbell (NY & CT)
Silvia Fermanian (NY)
Edward M. Steves (NY)
Marie M. DuSault (NY)
Melody A. Gregory (NY & CT)
Gail Schlanger (NY)
Elizabeth A. Wolff (NY & MA)
Keith L. Altman (CA)
Michael M. Emminger (NY)
Peter A. Jankowski (NY & PA)

Of Counsel
Michael Feldman (NY & NJ) *
Michael Finkelstein (NY)
Cynthia M. Maurer (NY & NJ)
Raye D. Futerfas (NJ)
Kenneth Cohen (NJ)
Linda Armatti-Epstein (NY)
David Akerib (NY)
Mark B. Hudoba (NY)
Kenneth G. Bartlett (CT & NJ)

Gustavo W. Alzugaray (NY)
Frances M. Bova, R.N. (NY & NJ)
Sharon A. Scanlan (NY & CT)
Robert E. Borrero (NY)
Marc S. Becker (NY)
Ari Kresch (NY & MI)
Dennis G. Ellis (NY)
Joel Bossom (NY)
Michael O. Gittelsohn (NY)
Glenn W. Kelleher (NY)
Cristina L. Dulay (NY)
Antonio S. Grillo (NY & NJ)

Senior Counsel
Howard S. Finkelstein, P.C. (NY)

* The Neurolaw Trial Group

REFER TO OUR FILE #: 91556-01

July 18, 2011

Honorable Robert B. Kugler, U.S.D.J.
United States District Court
District of New Jersey
Mitchell H. Cohen Federal Building
Camden, New Jersey 08101

VIA FACSIMILE
856-757-5076

Re: Stewart v. Donelan & Greyhound Lines, Inc., et al.
Case No. 1:09-cv-2977

Dear Judge Kugler:

This office represents plaintiff, Charles Stewart, in the above-captioned matter. I am writing to request an adjournment of a Motion for Summary Judgment, filed by counsel for defendants, Greyhound Lines, Inc. and James A. Pauling, which is currently returnable before Your Honor on August 1, 2011, in accordance with Local Civil Rule 7.1(d)(5).

Defendants' motion was received by this office on July 12, 2011. I was on vacation from July 8, 2011 and returned today, July 18th, to the office. Therefore, although the Rule requires this adjournment request to be made prior to the date that my opposition papers would be due, which is today, I could not make the request prior to today's date. As such, if Your Honor grants my request, defendants' motion will be returnable on August 15, 2011, which is the next motion date.

Thank you for your kind courtesy and cooperation in this regard. Should you have any questions, please do not hesitate to contact me.

SO ORDERED this 21st day of July, 2011

/s/ Kugler
USDJ

Respectfully submitted,

FINKELSTEIN & PARTNERS

BY: Frances M. Bova, Esq.
Of Counsel

FMB/pat

cc via facsimile: Kane, Pugh, Knoell, Troy & Kramer (610) 275-2018

Newburgh • Albany • Binghamton • Kingston • Middletown • New Windsor • Newark • Port Jervis • Poughkeepsie • Spring Valley • Syracuse • Troy

1279 ROUTE 300, P.O. BOX 1111
NEWBURGH, NY 12551
Phone: (845) 562-0203   Fax: (845) 562-3492   www.lawampm.com

101 WHITNEY AVENUE
NEW HAVEN, CT 06510